# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>vs.<br><br>Jonathan Uriel Ramos-Martinez<br><br>                                    Defendant. | Case No. 21-cr-03284-TWR<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JAN 0 4 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY                              /DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐  the Court has dismissed the case for unnecessary delay; or

☐  the Court has granted the motion of the Government for dismissal, without prejudice; or

☐  the Court has granted the motion of the defendant for a judgment of acquittal; or

☐  a jury has been waived, and the Court has found the defendant not guilty; or

☐  the jury has returned its verdict, finding the defendant not guilty;

☒  of the offense(s) as charged in the Indictment/Information:
8:1326 - Attempted Entry After Deportation

Dated: 1/4/22

Hon. Michael S. Berg
United States Magistrate Judge